UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 07-00689S |
| JOLENE KAY OTTO, | |
| | MOTION TO PAY 11 USC SECTION |
| | 347(a) UNCLAIMED FUNDS INTO |
| Debtor. | COURT REGISTRY FUND PURSUANT |
| | TO FRBP 3011 AND LOCAL RULE 3011 |

      COMES NOW the Chapter 13 Trustee and states to the Court that the following payment has stale dated. The account of this estate reflects that the following amount is still on deposit, representing payment mailed to the named party:

| | | |
|---|---|---|
| Claim no. 11 | Worlds Foremost Bank | Check #213492 |
| | PO Box 82609 | Amount $1,156.69 |
| | Lincoln, NE  68501-2609 | Issued 11/15/2010 |

      The trustee has stopped payment on this check.

      WHEREFORE, it is prayed the Court enter an Order that said sum shall be deposited with the Clerk of the United States Bankruptcy Court for the Northern District of Iowa under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code, and the Clerk shall hold said sum under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code for the benefit of said party.

DATED:  March 23, 2011

      /s/ Carol F. Dunbar
      Carol F. Dunbar, #1682
      Chapter 13 Trustee
      531 Commercial Street, Suite 500
      Waterloo, IA 50701
      Telephone: (319) 233-6327
      Fax:  (319) 233-0346